B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Science Fitness, LLC**                            ,     Case No.    **14-12297**

Debtor

Chapter            **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 207,974.67 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 871,972.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 178,071.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 868,529.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 207,974.67 | | |
| Total Liabilities | | | | 1,918,572.85 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Science Fitness, LLC**                                    ,

Case No.   **14-12297**

Debtor

Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Science Fitness, LLC**                                              ,   Case No.   __14-12297__
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Science Fitness, LLC**                                                ,    Case No.    14-12297
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **F&M Bank - Checking Account (Operating Account 0179)** | - | 7,931.07 |
| | | | **F&M Bank Checking Account** | - | 43.60 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 7,974.67 |
|---|---|---|
|  | (Total of this page) | |

___2___    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Science Fitness, LLC**  , Case No.  **14-12297**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Science Fitness, LLC**                                              ,     Case No.   **14-12297**
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Exercise Equipment ($185,000.00) Furniture & Fixtures ($5,000.00) Leasehold Improvements ($10,000.00)** | - | 200,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 200,000.00 |
| Total > | 207,974.67 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Science Fitness, LLC__ , Case No. ___14-12297___

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> **Amos Smith** <br> **627 Spyglass Road** <br> **Augusta, GA 30907** | | - | | **Exercise Equipment ($185,000.00)** <br> **Furniture & Fixtures ($5,000.00)** <br> **Leasehold Improvements ($10,000.00)** <br><br> Value $          **200,000.00** | | | | 162,750.00 | 162,750.00 |
| Account No. <br><br> **Gym Holdings, LLC** <br> **4411 Cleveland Avenue** <br> **Fort Myers, FL 33901** | | - | | **Exercise Equipment ($185,000.00)** <br> **Furniture & Fixtures ($5,000.00)** <br> **Leasehold Improvements ($10,000.00)** <br><br> Value $          **200,000.00** | | | | 95,472.80 | 95,472.80 |
| Account No. <br><br> **Jimpsey Johnson** <br> **2727 Walton Way** <br> **Augusta, GA 30909** | | - | | **Exercise Equipment ($185,000.00)** <br> **Furniture & Fixtures ($5,000.00)** <br> **Leasehold Improvements ($10,000.00)** <br><br> Value $          **200,000.00** | | | | 112,750.00 | 112,750.00 |
| Account No. <br><br> **Kenneth Redd** <br> **3335 Quaker Springs Road** <br> **Augusta, GA 30907** | | - | | **Exercise Equipment ($185,000.00)** <br> **Furniture & Fixtures ($5,000.00)** <br> **Leasehold Improvements ($10,000.00)** <br><br> Value $          **200,000.00** | | | | 225,500.00 | 225,500.00 |

___1___ continuation sheets attached

Subtotal <br> (Total of this page)

596,472.80     596,472.80

B6D (Official Form 6D) (12/07) - Cont.

In re   **Science Fitness, LLC**                                                      ,   Case No.   **14-12297**
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Exercise Equipment ($185,000.00) Furniture & Fixtures ($5,000.00) Leasehold Improvements ($10,000.00) | | | | | |
| W. Larry Hogue, Sr. 704 Ravenel Road Evans, GA 30809 | | - | | | | | | |
| | | | Value $              200,000.00 | | | | 275,500.00 | 75,500.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 275,500.00 | 75,500.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 871,972.80 | 671,972.80 |

B6E (Official Form 6E) (4/13)

.

In re   **Science Fitness, LLC**                                              Case No.   **14-12297**
_____,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

    **1**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Science Fitness, LLC** , Case No. **14-12297**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | **Property Taxes** | | | | | 0.00 |
| **Columbia County Tax Commissioner** **PO Box 3030** **Evans, GA 30809** | - | | | | | | | 4,536.66 | 4,536.66 |
| Account No. | | | | **Unemployment Taxes** | | | | | 0.00 |
| **Georgia Department of Labor** **148 Andrew Young Internaltional Blvd NE** **Suite 826** **Atlanta, GA 30303-1751** | - | | | | | | | 7,534.37 | 7,534.37 |
| Account No. | | | | **Withholding Taxes** | | | | | 0.00 |
| **Georgia Department of Revenue** **Bankruptcy Section** **P.O. Box 161108** **Atlanta, GA 30321** | - | | | | | | | 18,000.00 | 18,000.00 |
| Account No. | | | | **Withholding Taxes** | | | | | 0.00 |
| **IRS** **Insolvency Stop 334D Rm 400** **401 W. Peachtree Street NW** **Atlanta, GA 30308** | - | | | | | | | 145,000.00 | 145,000.00 |
| Account No. | | | | **Sales and Use Taxes** | | | | | 0.00 |
| **IRS** **Insolvency Stop 334D Rm 400** **401 W. Peachtree Street NW** **Atlanta, GA 30308** | - | | | | | | | 3,000.00 | 3,000.00 |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 178,071.03 | 178,071.03 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 178,071.03 | 178,071.03 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Science Fitness, LLC**_____,    Case No. ___**14-12297**_____
                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No.<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | X | - | | | Credit Card | | | | **20,000.00** |
| Account No.<br><br>**Capital One**<br>**P.O. Box 85167**<br>**Richmond, VA 23285-5167** | X | - | | | Credit Card | | | | **2,000.00** |
| Account No.<br><br>**Capital One**<br>**P.O. Box 85167**<br>**Richmond, VA 23285-5167** | X | - | | | Credit Card | | | | **2,500.00** |
| Account No.<br><br>**Charles H. White**<br>**5338 Hereford Farm Road**<br>**Evans, GA 30809** | | - | | | FFE | | | | **253,405.62** |
| __2__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **277,905.62** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Science Fitness, LLC**                                              ,   Case No. _____**14-12297**_____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Don Harper** **1563 River Island Pkwy** **Evans, GA 30809** | - | | | | | | | 56,375.00 |
| Account No. | | | | | | | | |
| **Dr. George Williams** **5 Tall Pines Circle** **Augusta, GA 30909** | - | | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| **Dr. Murray Freedman** **7 Retreat Road** **Augusta, GA 30909** | - | | | | | | | 100,000.00 |
| Account No. | | | | Services Rendered | | | | |
| **Fuller & Frost CPA** **801 Broad Street, Suite 950** **Augusta, GA 30901** | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| **Marc Pitts** **c/o C. Thompson Harley** **3529 Walton Way Extension** **Augusta, GA 30909** | - | | | | | | | 164,374.20 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **422,249.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Science Fitness, LLC**                                                    ,    Case No.    **14-12297**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **FFE** | | | | |
| **William Kent Johnson** **2839 Lombardy Court** **Augusta, GA 30909** | - | | | | | | 168,374.20 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**2**__ of __**2**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 168,374.20 |
| Total (Report on Summary of Schedules) | | 868,529.02 |

B6G (Official Form 6G) (12/07)

In re   **Science Fitness, LLC**                                              ,     Case No.     **14-12297**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ABC Financial Service, Inc.**<br>**P.O. Box 6800**<br>**North Little Rock, AR 72124** | **Billing Services Agreement** |
| **Gym Holdings, LLC**<br>**c/o Rich Simeone**<br>**4411 Cleveland Avenue**<br>**Fort Myers, FL 33901** | **Commercial Property Lease** |
| **TCF Equipment Finance, Inc.**<br>**1111 West San Marnan Drive**<br>**Waterloo, IA 50701** | **Gym Equipment Lease** |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Science Fitness, LLC**                                                   ,   Case No.   **14-12297**

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Kirby**<br>**1703 Anberley Pass**<br>**Evans, GA 30809** | **Capital One**<br>**P.O. Box 85167**<br>**Richmond, VA 23285-5167** |
| **W. Larry Hogue, Jr.**<br>**2035 Edenton Trail**<br>**Evans, GA 30809** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** |
| **W. Larry Hogue, Jr.**<br>**2035 Edenton Trail**<br>**Evans, GA 30809** | **Capital One**<br>**P.O. Box 85167**<br>**Richmond, VA 23285-5167** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Science Fitness, LLC**                  Case No.    **14-12297**

                     Debtor(s)          Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **15**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **January  7, 2015**              Signature    **/s/ W. Larry Hogue, Jr.**

                                                  **W. Larry Hogue, Jr.**

                                                  **Owner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Science Fitness, LLC**                       Case No.   **14-12297**

                            Debtor(s)                 Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $49,180.00 | **2014 YTD: Science Fitness, LLC** |
| $28,000.00 | **2013: Science Fitness, LLC** |
| $20,000.00 | **2012: Science Fitness, LLC** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Please see Exhibit "A"** | | **$0.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Please see Exhibit "B"** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kent Johnson v. Science Fitness, LLC Civil Action File No. 2014-CV-0813** | **Suit on Note** | **Superior Court of Columbia County** | **Pending** |
| **Marc Pitts v. Science Fitness, LLC Civil Action File No. 2014-CV-0812** | **Suit on Note** | **Superior Court of Columbia County** | **Pending** |
| **Charles H. White v. Science Fitness, LLC Civil Action File No. 2014-CV-0782** | **Suit on Note** | **Superior Court of Columbia County** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Todd Boudreaux**<br>**7013 Evans Town Center Blvd**<br>**Suite 303**<br>**Evans, GA 30809** | **September 23, 2014** | **$1,200.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Science Fitness, LLC** | 45-2600621 | **P.O. Box 1010 Evans, GA 30809** | **Health and Fitness Club** | |

None ■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Chris Schipper**                                              **2011 - Present**
**275 High Chaparrel Drive**
**Augusta, GA 30907**

None ■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS
**Chris Schipper**                                              **275 High Chaparrel Drive**
**Primary Bookkeeper, Produce P&L, Balance Sheets, etc.**      **Augusta, GA 30907**

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| **W. Larry Hogue** | |
| **Processed Payroll/Accounts Payable** | |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Greg Kirby**<br>**1703 Anberley Pass**<br>**Evans, GA 30809** | | **45%** |
| **W. Larry Hogue**<br>**2035 Edenton Trial**<br>**Evans, GA 30809** | | **45%** |
| **Ray Pelasky**<br>**319 Buckston Lane**<br>**Evans, GA 30809** | | **10%** |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **January  7, 2015**          Signature  **/s/ W. Larry Hogue, Jr.**

                                            **W. Larry Hogue, Jr.**
                                            **Owner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Chapter 11 Case No. 14-12297
SOFA No. 3(b)
Exhibit "A"

| Type | Date | Num | Name | Memo | Class | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Bal Forward | 09/01/14 | | | Balance Forward | | | | 4,687.35 |
| Bill Pmt -Check | 09/01/14 | 101375 | Knology | Accts Payable - Utilites | AP | | 389.02 | 3,668.23 |
| Bill Pmt -Check | 09/03/14 | 101379 | Fuller Frost | Accts Payable - Partial Pymt | AP | | 1,125.00 | 2,543.23 |
| ACH | 09/03/14 | ACH | Global Monthly Fee | CC Card Machine Monthly Fee | GLOBAL | | 448.86 | 2,094.37 |
| Bill Pmt -Check | 09/03/14 | 101378 | Konston Insurance Agency | GL Ins - Initial Pymt & Downpayment | INS | | 1,137.75 | 956.62 |
| Bill Pmt -Check | 09/03/14 | 101376 | Plunkett Heating | Late Fee Pymt | Misc | | 362.98 | 593.64 |
| Bill Pmt -Check | 09/03/14 | 101377 | Col Cty Tax Comm - Inv Tax | 622.70 /2622.70 | TAX | | 622.70 | (29.06) |
| Check | 09/04/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 09/03/14 | QB | | 3.00 | (32.06) |
| | | | | | | | | |
| Bill Pmt -Check | 09/08/14 | 101382 | Coca Cola | Crossfit Water - QFA AR | Misc | | 110.66 | (2,642.72) |
| Bill Pmt -Check | 09/08/14 | 101381 | Hurdle, Steffen - AP | Reimb forPaypal Fee / Selling Shake Plate | Misc | | 250.00 | (2,892.72) |
| Debit Card | 09/08/14 | Debit Card | EIG Homestead - Internet | Web Page Pymt | MO | | 21.99 | (2,914.71) |
| Liability Check | 09/08/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 09/08/2014 | QB | | 8,157.60 | (11,072.31) |
| Paycheck | 09/10/14 | 101383 | Bretlor, Sandra | Payroll | PAY | | 362.91 | (11,435.22) |
| Bill Pmt -Check | 09/12/14 | 101384 | QA Power | Accts Payable - Utilites | AP | | 5,645.11 | (17,080.33) |
| Deposit | 09/12/14 | DD | Sapp, Shelray | Returned Direct Deposit for: | PAY | 24.91 | | (17,055.42) |
| TRANS | 09/12/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 2,451.29 | | (14,604.13) |
| ACH | 09/15/14 | ACH | AMEX Pymt | CC Pymt | AP | | 800.00 | (15,404.13) |
| Liability Check | 09/15/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 09/12/2014 | QB | | 558.89 | (15,963.02) |
| Check | 09/15/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 09/12/14 | QB | | 1.60 | (15,964.62) |
| TRANS | 09/15/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 210.00 | | (15,754.62) |
| ACH | 09/16/14 | ACH | AMEX Pymt | CC Pymt | AP | | 600.00 | (16,354.62) |
| ACH | 09/16/14 | ACH | Capital One Pymt | CC Pymt | AP | | 45.00 | (16,399.62) |
| ACH | 09/16/14 | ACH | Capital One Pymt | CC Pymt | AP | | 74.00 | (16,473.62) |
| Bill Pmt -Check | 09/16/14 | ACH | Evans Plaza Partners | Accts Payable - Rent | AP | | 15,100.00 | (31,573.62) |
| Bill Pmt -Check | 09/16/14 | 101366 | Creagan, Rosalind-AP | Reimb for Nursery Expenses | Misc | | 98.00 | (31,671.62) |
| ACH | 09/17/14 | ACH | Les Mills | Monthly Program Fee | MO | | 750.00 | (32,421.62) |
| ACH | 09/17/14 | ACH | Paypal - Internet | Web Page Pymt | MO | | 3.99 | (32,425.61) |
| Bill Pmt -Check | 09/17/14 | 101385 | Coca Cola | Crossfit Water - QFA AR | QFA | | 69.16 | (32,494.77) |
| TRANS | 09/17/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 1,600.00 | | (30,894.77) |
| Check | 09/18/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 09/17/14 | QB | | 3.20 | (30,897.97) |
| ACH | 09/19/14 | ACH | AMEX Pymt | CC Pymt | AP | | 814.67 | (31,712.64) |
| Bill Pmt -Check | 09/19/14 | 101399 | jingle jam | Donation - Booth | Misc | | 500.00 | (32,982.64) |
| Bill Pmt -Check | 09/22/14 | 101382 | columbia county school system | Donation - Partnership Fee for Kids Bootcamp | Misc | | 250.00 | (34,150.14) |
| Bill Pmt -Check | 09/22/14 | 101388 | Bethany Raley | 1099 pay | PAY | | 600.00 | (34,750.14) |
| Check | 09/22/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 09/19/14 | QB | | 3.20 | (34,753.34) |
| Bill Pmt -Check | 09/23/14 | 101393 | Multi Media Marketing | Cards | ADV | | 700.00 | (35,453.34) |
| Bill Pmt -Check | 09/23/14 | 9914180901 | Col Cty Water | Accts Payable - Utilites | AP | | 544.34 | (35,997.68) |
| Bill Pmt -Check | 09/23/14 | 9914180902 | Scana | Accts Payable - Utilites | AP | | 338.03 | (36,335.71) |
| Bill Pmt -Check | 09/23/14 | 101394 | Todd Boudreaux | Attorney Retainer Fee | Misc | | 1,200.00 | (38,535.71) |
| Bill Pmt -Check | 09/23/14 | 101390 | Micah Lindeman | Refund | REIMB | | 143.96 | (38,679.67) |
| Bill Pmt -Check | 09/23/14 | 101391 | Georgia Department of Labor | Unempl tax | TAX | | 8.22 | (38,687.89) |
| TRANS | 09/23/14 | ACH | Trans to 50476 | CKG Acct Transfer | TRANS | 1,200.00 | | (41,087.89) |
| Liability Check | 09/24/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 09/23/2014 | QB | | 7,792.93 | (48,880.82) |
| Bill Pmt -Check | 09/24/14 | 101395 | angela dilon | Reimb for club pay, credit card duplicate charge | REIMB | | 100.00 | (48,980.82) |
| ACH | 09/25/14 | ACH | AMEX Pymt | CC Pymt | AP | | 500.00 | (49,480.82) |
| Paycheck | 09/25/14 | 101398 | Bretler, Sandra | Payroll | PAY | | 273.87 | (49,754.69) |
| Check | 09/25/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 09/24/14 | QB | | 3.20 | (49,757.89) |
| Check | 09/25/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 09/24/14 | QB | | 1.60 | (49,759.49) |
| ACH | 09/25/14 | ACH | GA TAX Pymt | GA State Tax Pymt Plan | TAX | | 569.23 | (50,328.72) |
| Bill Pmt -Check | 09/26/14 | 101368 | KAMO | Maint/Cleaning Supplies | Misc | | 751.78 | (52,330.50) |
| Bill Pmt -Check | 09/26/14 | 991409243 | Schipper, Chris - AP | Accounting Fee | Misc | | 500.00 | (52,830.50) |
| Liability Check | 09/26/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 09/25/2014 | QB | | 38.54 | (52,869.04) |
| TRANS | 09/26/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 1,241.48 | | (53,377.56) |
| Bill Pmt -Check | 09/29/14 | 991409291 | Knology | Accts Payable - Utilites | AP | | 399.02 | (53,776.60) |

Chapter 11 Case No. 14-12297
SOFA No. 3(b)
Exhibit "A"

| Type | Date | Num | Name | Memo | Class | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| ACH | 09/29/14 | ACH | TCF | Equipment Loan Pymt | LOAN | | 245.44 | (54,022.04) |
| ACH | 09/29/14 | ACH | TCF | Equipment Loan Pymt | LOAN | | 4,295.61 | (58,317.65) |
| Bill Pmt -Check | 09/29/14 | 101401 | Coca Cola | Crossfit Water - QFA AR | QFA | | 69.18 | (58,388.81) |
| Bill Pmt -Check | 09/29/14 | 101399 | Corey Thurmond | Refund | REIMB | | 68.50 | (58,475.31) |
| Bill Pmt -Check | 09/29/14 | 101397 | Lara Branson | Refund | REIMB | | 280.00 | (58,755.31) |
| ACH | 09/29/14 | ACH | Global Return | CC Pymt Return | RETN | | 39.90 | (58,795.21) |
| TRANS | 09/29/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 1,258.00 | | (57,539.21) |
| Bill Pmt -Check | 09/29/14 | 101405 | Adv Disposal | Garbage | UTIL | | 423.10 | (57,962.31) |
| Deposit | 09/30/14 | Deposit | ABC | Sep 2014 ABC Deposits | DEP | 40,639.44 | | (17,322.87) |
| Deposit | 09/30/14 | Deposit | Deposits | Sep 2014 Deposits | DEP | 11,522.67 | | (5,800.20) |
| Deposit | 09/30/14 | Deposit | Global | Sep 2014 Global Deposits | DEP | 7,478.32 | | 1,678.12 |
| Bill Pmt -Check | 09/30/14 | 101409 | Jeannie Frischman | GM Chris Frischman Travel Allowance | Misc | | 500.00 | 1,178.12 |
| Bill Pmt -Check | 09/30/14 | 101406 | Hurdle, Steffen - AP | 1099 Pya | PAY | | 850.00 | 328.12 |
| ACH | 09/30/14 | ACH | WideOpen | Crossfit Adv Fee - QFA AR | QFA | | 399.02 | (70.90) |
| Bill Pmt -Check | 09/30/14 | 101407 | Georgia Department of Labor | Unempl tax | TAX | | 650.00 | (720.90) |
| TRANS | 09/30/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 1,031.95 | | 311.05 |
| TRANS | 10/01/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 450.00 | | 761.05 |
| Bill Pmt -Check | 10/02/14 | 101412 | Carolina-GA Sound | Accts Payable - Monthly | AP | | 38.00 | 723.05 |
| Bill Pmt -Check | 10/02/14 | 101413 | Dell-2 | Accts Payable - CC | AP | | 200.00 | 523.05 |
| Bill Pmt -Check | 10/02/14 | 101411 | GreatAmerica | Accts Payable - Lease Pymt | AP | | 474.45 | 48.60 |
| ACH | 10/02/14 | ACH | Global Monthly Fee | CC Card Machine Monthly Fee | GLOBAL | | 420.33 | (371.73) |
| Bill Pmt -Check | 10/02/14 | 101410 | Duplicating Sys | Monthly Pymt | MO | | 257.38 | (629.11) |
| Bill Pmt -Check | 10/02/14 | 101416 | Col Cty Tax Comm - Inv Tax | CC Cty Tax Period Pymt | TAX | | 750.00 | (1,379.11) |
| TRANS | 10/02/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 581.57 | | (797.54) |
| Check | 10/03/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 10/02/14 | QB | | 3.20 | (800.74) |
| TRANS | 10/03/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 918.44 | | 117.70 |
| Liability Check | 10/09/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 10/03/2014 | QB | | 127.14 | (1,009.44) |
| Bill Pmt -Check | 10/07/14 | 101418 | Angela smith | Refund Biggest Loser | REIMB | | 54.99 | (2,689.43) |
| Bill Pmt -Check | 10/08/14 | 101422 | chris Reisinger | Travel Allowance | Misc | | 500.00 | (3,389.43) |
| Debit Card | 10/09/14 | Debit Card | EIG Homestead - Internet | Web Page Pymt | MO | | 21.99 | (3,411.42) |
| ACH | 10/09/14 | ACH | AMEX Pymt | CC Pymt | AP | | 562.75 | (3,974.17) |
| Bill Pmt -Check | 10/08/14 | 1410092 | Amtrust North America, Inc | GL Ins | INS | | 546.00 | (4,520.17) |
| Bill Pmt -Check | 10/09/14 | 1410091 | IPFS | WC Ins - Initial Pymt & Downpayment | INS | | 784.33 | (5,304.50) |
| Liability Check | 10/09/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 10/08/2014 | QB | | 8,737.52 | (14,042.02) |
| Check | 10/09/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 10/08/14 | QB | | 3.20 | (14,045.22) |
| Bill Pmt -Check | 10/13/14 | 1410097 | Hurdle, Steffen - AP | 1099 Pay | PAY | | 850.00 | (17,720.22) |
| Bill Pmt -Check | 10/13/14 | 1410094 | Coca Cola | Crossfit Water - QFA AR | QFA | | 89.91 | (17,810.13) |
| Bill Pmt -Check | 10/13/14 | 1410093 | GA Power | Power | UTIL | | 5,966.88 | (23,777.01) |
| ACH | 10/14/14 | ACH | AMEX Pymt | CC Pymt | AP | | 500.00 | (24,277.01) |
| Liability Check | 10/15/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 10/14/2014 | QB | | 134.54 | (24,411.55) |
| Debit Card | 10/16/14 | Debit Card | Fuel Zone | Misc Expense | Misc | | 2.70 | (24,414.25) |
| ACH | 10/17/14 | ACH | Los Mills | Monthly Program Fee | MO | | 750.00 | (25,164.25) |
| ACH | 10/17/14 | ACH | Paypal - Internet | Web Page Pymt | MO | | 3.99 | (25,168.24) |
| TRANS | 10/17/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 5,000.00 | | (20,168.24) |
| Check | 10/20/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 10/17/14 | QB | | 1.60 | (20,169.84) |
| TRANS | 10/20/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 660.00 | | (19,509.84) |
| Check | 10/21/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 10/20/14 | QB | | 1.60 | (19,511.44) |
| Bill Pmt -Check | 10/21/14 | 1410098 | Evans Plaza Partners | Rent | RENT | | 13,100.00 | (32,611.44) |
| Bill Pmt -Check | 10/22/14 | 101431 | knights of Columbus | Golf Tournament Marketing and Sponsorship | Misc | | 400.00 | (33,011.44) |
| Paycheck | 10/22/14 | 101430 | Sapp, Shelnay | Nursery Payroll | PAY | | 24.91 | (33,036.35) |
| Bill Pmt -Check | 10/22/14 | 991410201 | Evans Plaza Partners | Rent | RENT | | 2,000.00 | (35,036.35) |
| Bill Pmt -Check | 10/22/14 | 991410221 | Scana | Gas | UTIL | | 403.50 | (35,439.85) |
| ACH | 10/23/14 | ACH | AMEX Pymt | CC Pymt | AP | | 567.49 | (36,007.34) |
| Paycheck | 10/23/14 | 101432 | Garner, David | Payroll | PAY | | 38.78 | (36,046.12) |
| Liability Check | 10/24/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 10/23/2014 | QB | | 40.39 | (36,086.51) |
| Check | 10/24/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 10/23/14 | QB | | 3.20 | (36,089.71) |
| ACH | 10/27/14 | ACH | AMEX Pymt | CC Pymt | AP | | 500.00 | (36,589.71) |
| ACH | 10/27/14 | ACH | Capital One Pymt | CC Pymt | AP | | 195.00 | (36,784.71) |
| ACH | 10/27/14 | ACH | Capital One Pymt | CC Pymt | AP | | 200.00 | (36,984.71) |
| Bill Pmt -Check | 10/27/14 | 101447 | Hurdle, Steffen - AP | 1099 Pay | PAY | | 850.00 | (39,334.71) |

Chapter 11 Case No. 14-12297
SOFA No. 3(b)
Exhibit "A"

| Type | Date | Num | Name | Memo | Class | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Liability Check | 10/27/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 10/24/2014 | QB | | 8,148.78 | (47,483.49) |
| Bill Pmt -Check | 10/27/14 | 101448 | Coca Cola | Crossfit Water - QFA AR | QFA | | 62.24 | (47,545.73) |
| Bill Pmt -Check | 10/27/14 | 991410223 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | RP | | 2,250.00 | (49,795.73) |
| ACH | 10/27/14 | ACH | GA TAX Pymt | GA State Tax Pymt Plan | TAX | | 568.23 | (50,364.96) |
| Bill Pmt -Check | 10/28/14 | 101445 | Multi Media Marketing | Advertising Banner | ADV | | 585.00 | (50,949.96) |
| Bill Pmt -Check | 10/28/14 | 101442 | Stein, Mike | AC Preventive Maint | Misc | | 525.00 | (51,474.96) |
| Bill Pmt -Check | 10/28/14 | 101441 | Bethany Raley | 1099 Pay | PAY | | 484.00 | (51,958.96) |
| Bill Pmt -Check | 10/28/14 | 101439 | chris Reisinger | 1099 Pay | PAY | | 600.00 | (52,558.96) |
| Bill Pmt -Check | 10/28/14 | 101437 | Theo De Hoyos | 1099 Pay - Crossfit | QFA | | 260.00 | (53,118.96) |
| Bill Pmt -Check | 10/28/14 | 101438 | Nina Litard | Refund Training Fee | REIMB | | 458.00 | (53,574.96) |
| Bill Pmt -Check | 10/28/14 | 991410241 | Col Cty Water | Water | UTIL | | 621.23 | (54,196.19) |
| Bill Pmt -Check | 10/29/14 | 101448 | KAMO | Maint/Cleaning Supplies | Misc | | 994.65 | (55,191.04) |
| Bill Pmt -Check | 10/29/14 | 101449 | Georgia Department of Labor | Unempl tax | TAX | | 351.19 | (55,542.23) |
| Bill Pmt -Check | 10/29/14 | 991410291 | Knology | Phone/Internet | UTIL | | 390.81 | (55,933.04) |
| Bill Pmt -Check | 10/29/14 | 991410292 | Scana | Gas | UTIL | | 280.14 | (58,213.18) |
| Check | 10/30/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 10/29/14 | QB | | 3.20 | (56,216.38) |
| Deposit | 10/31/14 | Deposit | ABC | Oct 2014 ABC Deposits | DEP | 45,938.22 | | (10,278.16) |
| Deposit | 10/31/14 | Deposit | Deposits | Oct 2014 Deposits | DEP | 10,405.11 | | 126.95 |
| Deposit | 10/31/14 | Deposit | Global | Oct 2014 Global Deposits | DEP | 7,720.65 | | 7,847.60 |
| Check | 10/31/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 10/30/14 | QB | | 3.20 | 7,344.40 |
| Liability Check | 10/31/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 10/30/2014 | QB | | 341.70 | 7,002.70 |
| ACH | 11/03/14 | ACH | AMEX Pymt | CC Pymt | AP | | 200.00 | 6,302.70 |
| TRANS | 11/03/14 | TRANS | Trans frm 50478 | CKG Acct Transfer | TRANS | 2,158.58 | | 7,209.28 |
| TRANS | 11/03/14 | ACH | Trans to 50484 | CKG Acct Transfer | TRANS | | 4,500.00 | 2,709.28 |
| ACH | 11/04/14 | ACH | Global Monthly Fee | CC Card Machine Monthly Fee | GLOBAL | | 430.96 | 2,278.32 |
| Check | 11/04/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/03/14 | QB | | 3.20 | 2,275.12 |
| Bill Pmt -Check | 11/05/14 | 101451 | chris Reisinger | 1099 Pay | PAY | | 200.00 | 1,075.12 |
| Bill Pmt -Check | 11/08/14 | 101452 | Col Cty Tax Comm - Inv Tax | CC Cty Tax Partial Pymt - 2014 | TAX | | 500.00 | (924.87) |
| Bill Pmt -Check | 11/08/14 | 101451 | Adv Disposal | Garbage | UTIL | | 323.10 | (1,247.56) |
| Check | 11/07/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/06/14 | QB | | 3.20 | (1,251.18) |
| Bill Pmt -Check | 11/10/14 | 101455 | IPFS | WC Ins | INS | | 789.33 | (2,040.51) |
| Debit Card | 11/10/14 | Debit Card | EIO Homestead - Internet | Web Page Pymt | MO | | 21.99 | (3,062.50) |
| Bill Pmt -Check | 11/10/14 | 101454 | chris Reisinger | 1099 Pay | PAY | | 1,430.00 | (4,492.50) |
| Liability Check | 11/10/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 11/07/2014 | QB | | 8,901.41 | (13,393.91) |
| TRANS | 11/10/14 | ACH | Trans to 50484 | CKG Acct Transfer | TRANS | | 1,020.00 | (15,413.91) |
| Bill Pmt -Check | 11/11/14 | 101456 | Theo De Hoyos | Refund CF Training Sessions - QFA AR | QFA | | 140.00 | (15,553.91) |
| ACH | 11/12/14 | ACH | AMEX Pymt | CC Pymt | AP | | 500.00 | (16,053.91) |
| Bill Pmt -Check | 11/12/14 | 101453 | Nina Litard | Refund | REIMB | | 458.00 | (16,511.01) |
| Bill Pmt -Check | 11/12/14 | 101456 | GA Power | Power | UTIL | | 4,844.79 | (21,356.70) |
| ACH | 11/13/14 | ACH | TCF | Equipment Loan Pymt | LOAN | | 245.44 | (21,602.14) |
| ACH | 11/13/14 | ACH | TCF | Equipment Loan Pymt | LOAN | | 4,295.61 | (25,897.75) |
| Bill Pmt -Check | 11/13/14 | 991411131 | chris Reisinger | 1099 Pay | PAY | | 1,000.00 | (26,897.75) |
| Liability Check | 11/13/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 11/11/2014 | QB | | 473.30 | (27,371.05) |
| ACH | 11/14/14 | ACH | AMEX Pymt | CC Pymt | AP | | 600.00 | (27,971.05) |
| Paycheck | 11/14/14 | 101457 | Sapp, Shelnay | Nursery Payroll | PAY | | 43.38 | (28,014.43) |
| Check | 11/14/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/13/14 | QB | | 3.20 | (28,017.63) |
| Check | 11/14/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/13/14 | QB | | 1.60 | (28,019.23) |
| Bill Pmt -Check | 11/17/14 | DD | Schipper, Chris - AP | Accounting Fee | Misc | | 500.00 | (28,519.23) |
| ACH | 11/17/14 | ACH | Paypal - Internet | Web Page Pymt | MO | | 3.99 | (28,523.22) |
| ACH | 11/18/14 | ACH | AMEX Pymt | CC Pymt | AP | | 700.00 | (31,223.22) |
| ACH | 11/18/14 | ACH | Les Mills | Monthly Program Fee | MO | | 750.00 | (31,973.22) |
| Liability Check | 11/19/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 11/18/2014 | QB | | 149.57 | (32,122.79) |
| TRANS | 11/19/14 | TRANS | Trans frm 50478 | CKG Acct Transfer | TRANS | 4,039.00 | | (28,083.79) |
| TRANS | 11/19/14 | TRANS | Trans frm 50484 | CKG Acct Transfer | TRANS | 6,540.00 | | (21,543.79) |
| Bill Pmt -Check | 11/20/14 | 991411135 | Bethany Raley | 1099 Pay | PAY | | 329.98 | (21,872.77) |

Science Fitness, LLC
### Chapter 11 Case No. 14-12297
### SOFA No. 3(b)
### Exhibit "A"

| Type | Date | Num | Name | Memo | Class | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 11/20/14 | 991411145 | Bethany Roley | 1099 Pay | PAY | | 329.98 | (22,201.75) |
| Check | 11/20/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/19/14 | QB | | 3.20 | (22,204.95) |
| Check | 11/20/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/19/14 | QB | | 1.60 | (22,206.55) |
| Bill Pmt -Check | 11/21/14 | 991411134 | Hurdle, Steffen - AP | 1099 Pay | PAY | | 850.00 | (24,056.55) |
| Bill Pmt -Check | 11/21/14 | 991411148 | Evans Plaza Partners | Rent | RENT | | 15,100.00 | (39,156.55) |
| TRANS | 11/21/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 762.39 | | (39,394.16) |
| ACH | 11/24/14 | ACH | AMEX Pymt | CC Pymt | AP | | 500.00 | (39,894.16) |
| Check | 11/24/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/21/14 | QB | | 1.60 | (39,895.76) |
| TRANS | 11/24/14 | ACH | Trans to 50476 | CKG Acct Transfer | TRANS | | 1,500.00 | (41,395.76) |
| ACH | 11/25/14 | ACH | Capital One Pymt | CC Pymt | AP | | 100.00 | (41,495.76) |
| ACH | 11/25/14 | ACH | Capital One Pymt | CC Pymt | AP | | 200.00 | (41,695.76) |
| Liability Check | 11/25/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 11/24/2014 | QB | | 7,426.40 | (49,122.16) |
| ACH | 11/25/14 | ACH | GA TAX Pymt | GA State Tax Pymt Plan | TAX | | 569.23 | (50,191.39) |
| Bill Pmt -Check | 11/26/14 | 991411141 | Amtrust North America, Inc. | GL Ins | INS | | 403.00 | (50,594.39) |
| Bill Pmt -Check | 11/26/14 | 991411150 | KAMO | Maint/Cleaning Supplies | Misc | | 723.75 | (51,318.14) |
| Bill Pmt -Check | 11/26/14 | 991411138 | KAMO | Maint/Cleaning Supplies | Misc | | 723.75 | (52,041.89) |
| Liability Check | 11/26/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 11/25/2014 | QB | | 128.53 | (52,170.42) |
| Bill Pmt -Check | 11/26/14 | 991411138 | Coca Cola | Crossfit Water - QFA AR | QFA | | 131.40 | (52,301.82) |
| TRANS | 11/26/14 | ACH | Trans to 50484 | CKG Acct Transfer | TRANS | | 3,659.56 | (55,961.38) |
| Bill Pmt -Check | 11/26/14 | 991411142 | Scana | Gas | UTIL | | 348.68 | (56,310.06) |
| Bill Pmt -Check | 11/26/14 | 991411140 | Multi Media Marketing | Door Hangers & Commercial Filming | ADV | | 1,500.00 | (57,810.06) |
| Paycheck | 11/26/14 | 991411139 | Sapp, Shetney | Nursery Payroll | PAY | | 48.98 | (57,858.94) |
| Liability Check | 11/26/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 11/26/2014 | QB | | 119.84 | (57,978.78) |
| Check | 11/26/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/26/14 | QB | | 1.60 | (57,980.38) |
| TRANS | 11/26/14 | TRANS | Trans frm 50484 | CKG Acct Transfer | TRANS | 780.45 | | (57,199.93) |
| Deposit | 11/30/14 | Deposit | ABC | Nov 2014 ABC Deposits | DEP | 35,098.80 | | (22,101.13) |
| Deposit | 11/30/14 | Deposit | Deposits | Nov 2014 Deposits | DEP | 11,198.64 | | (10,902.49) |
| Deposit | 11/30/14 | Deposit | Global | Nov 2014 Global Deposits | DEP | 13,888.10 | | 2,985.61 |
| ACH | 12/01/14 | ACH | TCF | Equipment Loan Pymt | LOAN | | 245.44 | 2,740.17 |
| ACH | 12/01/14 | ACH | TCF | Equipment Loan Pymt | LOAN | | 4,295.61 | (1,555.44) |
| Check | 12/01/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 11/26/14 | QB | | 3.20 | (1,558.64) |
| TRANS | 12/01/14 | TRANS | Trans frm 50476 | CKG Acct Transfer | TRANS | 639.14 | | (1,543.50) |
| Bill Pmt -Check | 12/02/14 | 991411144 | tPFS | WC Ins | INS | | 751.98 | (2,295.48) |
| Bill Pmt -Check | 12/02/14 | 991412022 | Adv Disposal | Garbage | UTIL | | 481.70 | (3,777.18) |
| Bill Pmt -Check | 12/02/14 | 991411143 | Col City Water | Water | UTIL | | 523.84 | (4,301.02) |
| Bill Pmt -Check | 12/02/14 | 991412021 | Knology | Phone/Internet | UTIL | | 406.61 | (4,707.63) |
| Bill Pmt -Check | 12/03/14 | 991411155 | Hurdle, Steffen - AP | 1099 Pay | PAY | | 655.00 | (5,362.63) |
| ACH | 12/04/14 | ACH | AMEX Pymt | CC Pymt | AP | | 500.00 | (5,862.63) |
| Bill Pmt -Check | 12/04/14 | 101475 | Deff-2 | Accts Payable - CC | AP | | 200.00 | (6,062.63) |
| Bill Pmt -Check | 12/04/14 | 101474 | Fuller Frost | Accts Payable - Partial Pymt | AP | | 425.00 | (6,487.63) |
| Bill Pmt -Check | 12/04/14 | 101474 | Fuller Frost | Balance of Pymt Due | Misc | | 537.50 | (7,025.13) |
| Bill Pmt -Check | 12/04/14 | 101471 | Carolina-GA Sound | Monthly Pymt | MO | | 76.00 | (7,101.13) |
| Bill Pmt -Check | 12/04/14 | 101472 | Duplicating Sys | Monthly Pymt | MO | | 250.00 | (7,351.13) |
| Liability Check | 12/04/14 | QB | QuickBooks Payroll Service | Created by Payroll Service on 12/03/2014 | QB | | 141.39 | (7,492.52) |
| Check | 12/04/14 | QB | QuickBooks Payroll Service | Created by Direct Deposit Service on 12/03/14 | QB | | 3.20 | (7,495.72) |
| Bill Pmt -Check | 12/04/14 | 101470 | Col City Tax Comm - Inv Tax | CC City Tx Pymt - 2013 | TAX | | 500.00 | (7,995.72) |
| Bill Pmt -Check | 12/04/14 | 101473 | Georgia Department of Labor | Unempl tax | TAX | | 262.25 | (8,257.97) |
| Deposit | 12/08/14 | Deposit | ABC thru 12/08/14 | Dec 2014 thru 12/08/14 ABC Deposits | DEP | 13,555.93 | | 2,797.96 |
| Deposit | 12/08/14 | Deposit | Deposits thru 12/08/14 | Dec 2014 thru 12/08/14 Deposits | DEP | 757.90 | | 3,555.86 |
| Deposit | 12/08/14 | Deposit | Global thru 12/08/14 | Dec 2014 thru 12/08/14 Global Deposits | DEP | 3,075.88 | | 6,631.74 |
| ACH | 12/08/14 | ACH | Global Monthly Fee | CC Card Machine Monthly Fee | GLOBAL | | 679.68 | 5,953.06 |
| Debit Card | 12/08/14 | Debit Card | EIG Homestead - Internet | Web Page Pymt | MO | | 21.99 | 5,931.07 |
| TRANS | 12/08/14 | TRANS | Trans frm 50484 | CKG Acct Transfer | TRANS | 1,000.00 | | 6,931.07 |
| TRANS | 12/08/14 | TRANS | Trans frm 50484 | CKG Acct Transfer | TRANS | 1,000.00 | | 7,931.07 |
| | | | | BALANCE 12/8/14 | | 233,822.84 | 229,948.02 | 7,931.07 |

SCIENCE FITNESS, LLC
CHAPTER 11 CASE NO. 14-12297

SOFA No. 3(c)
Exhibit "B"

| DATE | NUMBER | NAME | MEMO | AMOUNT |
|---|---|---|---|---|
| 09-05-2014 | 9914090301 | Hogue, Larry - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 09-05-2014 | 9914090302 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,500.00 |
| 09-19-2014 | 9914170901 | Hogue, Larry - AP | Management Owner Pay - Larry Hogue | $750.00 |
| 09-19-2014 | 9914170902 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $937.50 |
| 09-23-2014 | ACH | Hogue, Larry - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 09-23-2014 | ACH | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,200.00 |
| 09-26-2014 | 991409241 | Hogue, Larry - AP | Management Owner Pay - Larry Hogue | $1,250.00 |
| 09-25-2014 | 991409242 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,750.00 |
| 10-06-2014 | 991410021 | Hogue, Larry - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 10-06-2014 | 991410022 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,825.00 |
| 10-10-2014 | 991410081 | Hogue, Larry - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 10-10-2014 | 991410082 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,825.00 |
| 10-27-2014 | 991410222 | Hogue, Larry - AP | Management Owner Pay - Larry Hogue | $1,500.00 |
| 10-31-2014 | 991410293 | Larry Hogue - AP | Management Owner Pay - Larry Hogue | $500.00 |

| 10-31-2014 | 991410294 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $500.00 |
|---|---|---|---|---|
| 11-03-2014 | ACH | Larry Hogue - AP | Management Owner Pay - Larry Hogue | $500.00 |
| 11-03-2014 | ACH | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $750.00 |
| 11-05-2014 | ACH | Larry Hogue - AP | Management Owner Pay -Larry Hogue | $1,000.00 |
| 11-05-2014 | ACH | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,500.00 |
| 11-10-2014 | 991403121 | Larry Hogue - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 11-10-2014 | ACH | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,000.00 |
| 11-17-2014 | 991411132 | Larry Hogue - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 11-17-2014 | 991411133 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,000.00 |
| 11-21-2014 | 991411146 | Larry Hogue - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 11-21-2014 | 991411147 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,000.00 |
| 11-25-2014 | 991411149 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $500.00 |
| 12-01-2014 | 991411151 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $824.00 |
| 12-02-2014 | 991411152 | Larry Hogue - AP | Management Owner Pay - Larry Hogue | $500.00 |
| 12-02-2014 | 991411153 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $500.00 |
| 12-05-2014 | ACH | Larry Hogue - AP | Management Owner Pay - Larry Hogue | $1,000.00 |
| 12-05-2014 | 991403122 | Pelasky, Ray - AP | Management Owner Pay - R Pelasky | $1,500.00 |

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Science Fitness, LLC**
                                                             Case No.
                                                    Debtor(s)     Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify):    **Larry Hogue**

3.   The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Debtor shall be billed at usual and customary hourly rates pursuant to the proceedures approved by the Court.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **December  5, 2014**                            **/s/ Todd Boudreaux**
                                                         **Todd Boudreaux 070023**
                                                         **Shepard Plunkett**
                                                         **7013 Evans Town Center Blvd**
                                                         **Suite 303**
                                                         **Evans, GA 30809**
                                                         **706-869-1334  Fax: 706-868-6788**

---

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Science Fitness, LLC**

Debtor

Case No. **14-12297**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Greg Kirby**<br>**1703 Anberley Pass**<br>**Evans, GA 30809** | | **45%** | |
| **Ray Pelasky**<br>**319 Buckston Lane**<br>**Evans, GA 30809** | | **10%** | |
| **W. Larry Hogue**<br>**704 Ravenel Road**<br>**Evans, GA 30809** | | **45%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  7, 2015**

Signature **/s/ W. Larry Hogue, Jr.**

**W. Larry Hogue, Jr.**
**Owner**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Science Fitness, LLC**         Case No.   **14-12297**

                              Debtor(s)        Chapter    **11**

## CERTIFICATION OF CREDITOR MAILING MATRIX

The purpose of the Certification of Creditor Mailing Matrix form is to certify that the creditor information provided on the diskette (or by ECF submission) matches **exactly** the creditor information provided on the schedules. Accordingly, I hereby certify under penalty of perjury that the master mailing list of creditors submitted on computer diskette or electronically via the CM/ECF system is a true, correct and complete listing to the best of my knowledge and that the names and number of creditors provided on the diskette/ECF submission corresponds exactly to the creditor information listed on the schedules.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney; (2) the court will rely on the creditor listing for all mailings; (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes; and (4) that debtor, attorney and trustee information is not included on the diskette or electronic submission.

The master mailing list of creditors is submitted via:

☐      computer diskette listing a total of _____ creditors which corresponds exactly to the schedules; or

■      electronic means (ECF) listing a total of **27** creditors which corresponds exactly to the schedules.

 

 

**/s/ W. Larry Hogue, Jr.**
**W. Larry Hogue, Jr.**
Debtor

 

**/s/ Todd Boudreaux**
**Todd Boudreaux 070023**
Attorney for Debtor(s)

Date:    **January 7, 2015**

*Revised: 10/05*

EXHIBIT 1

SCIENCE FITNESS, LLC
P.O. BOX 1010
EVANS GA 30809

DON HARPER
1563 RIVER ISLAND PKWY
EVANS GA 30809

IRS
INSOLVENCY STOP 334D RM 400
401 W. PEACHTREE STREET NW
ATLANTA GA 30308

TODD BOUDREAUX
SHEPARD PLUNKETT
7013 EVANS TOWN CENTER BLVD
SUITE 303
EVANS, GA 30809

DR. GEORGE WILLIAMS
5 TALL PINES CIRCLE
AUGUSTA GA 30909

JIMPSEY JOHNSON
2727 WALTON WAY
AUGUSTA GA 30909

C. THOMPSON HARLEY
3529 WALTON WAY EXTENSION
AUGUSTA GA 30909

DR. MURRAY FREEDMAN
7 RETREAT ROAD
AUGUSTA GA 30909

KENNETH REDD
3335 QUAKER SPRINGS ROAD
AUGUSTA GA 30907

ABC FINANCIAL SERVICE, INC.
P.O. BOX 6800
NORTH LITTLE ROCK AR 72124

FULLER & FROST CPA
801 BROAD STREET, SUITE 950
AUGUSTA GA 30901

MARC PITTS
C/O C. THOMPSON HARLEY
3529 WALTON WAY EXTENSION
AUGUSTA GA 30909

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265

GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTERNAITONAL BLVD NE
SUITE 826
ATLANTA GA 30303-1751

RICH SIMEONE
4411 CLEVELAND AVENUE
FORT MYERS FL 33901

AMOS SMITH
627 SPYGLASS ROAD
AUGUSTA GA 30907

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA GA 30321

TCF EQUIPMENT FINANCE, INC.
1111 WEST SAN MARNAN DRIVE
WATERLOO IA 50701

CAPITAL ONE
P.O. BOX 85167
RICHMOND VA 23285-5167

GREG KIRBY
1703 ANBERLEY PASS
EVANS GA 30809

W. LARRY HOGUE, JR.
2035 EDENTON TRAIL
EVANS GA 30809

CHARLES H. WHITE
5338 HEREFORD FARM ROAD
EVANS GA 30809

GYM HOLDINGS, LLC
4411 CLEVELAND AVENUE
FORT MYERS FL 33901

W. LARRY HOGUE, SR.
704 RAVENEL ROAD
EVANS GA 30809

COLUMBIA COUNTY TAX COMMISSIONER
PO BOX 3030
EVANS GA 30809

GYM HOLDINGS, LLC
C/O RICH SIMEONE
4411 CLEVELAND AVENUE
FORT MYERS FL 33901

WILLIAM KENT JOHNSON
2839 LOMBARDY COURT
AUGUSTA GA 30909

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Science Fitness, LLC** _____  Case No.  **14-12297**
                                          Debtor(s)  Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Science Fitness, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  7, 2015** _____  **/s/ Todd Boudreaux** _____
Date                                       **Todd Boudreaux 070023**
                                           Signature of Attorney or Litigant
                                           Counsel for   **Science Fitness, LLC**
                                           **Shepard Plunkett**
                                           **7013 Evans Town Center Blvd**
                                           **Suite 303**
                                           **Evans, GA 30809**
                                           **706-869-1334 Fax:706-868-6788**

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Science Fitness, LLC**                        Case No.   **14-12297**

                                     Debtor(s)                  Chapter   **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:                        $      **875,000.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income                                       $      **75,000.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 37,500.00 |
| 4. Payroll Taxes | | 2,600.00 |
| 5. Unemployment Taxes | | 846.00 |
| 6. Worker's Compensation | | 485.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 800.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 15,100.00 |
| 11. Utilities | | 7,500.00 |
| 12. Office Expenses and Supplies | | 1,500.00 |
| 13. Repairs and Maintenance | | 600.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 130.00 |
| 17. Legal/Accounting/Other Professional Fees | | 1,500.00 |
| 18. Insurance | | 789.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

             DESCRIPTION                       TOTAL

             **Life Fitness (One more payment)**      **4,800.00**

21. Other (Specify):

             DESCRIPTION                       TOTAL

    22. Total Monthly Expenses (Add items 3-21)                        $      **74,150.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)          $      **850.00**