Fill in this information to identify the case:

Debtor 1 _____
Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court  Southern District of Georgia

Case number: 14-12297

FILED
U.S. Bankruptcy Court
Southern District of Georgia
5/26/2016
Lucinda B. Rauback, Clerk

# Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Evans Plaza Partners, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Evans Plaza Partners, LLC<br>Name<br>520 East Cooper Avenue, Ste 206<br>Aspen, CO 81611<br><br>Contact phone  970-920-7939<br>Contact email  rsimeone@hootersfla.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ | **Where should payments to the creditor be sent? (if different)**<br>Name<br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____<br>                                                                                MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                          Proof of Claim                                                  page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?** $ 108734.37

Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

Post-petition rent payments past due under Debtor's nonresidential lease.

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.
  **Nature of property:**
  ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  ☐ Motor vehicle
  ☐ Other. Describe: _____

  **Basis for perfection:** _____

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  Value of property: $ _____
  Amount of the claim that is secured: $ _____
  Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

  Amount necessary to cure any default as of the date of the petition: $ _____

  Annual Interest Rate (when case was filed) _____ %
  ☐ Fixed
  ☐ Variable

**10. Is this claim based on a lease?**
☐ No
☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 108734.37

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410     Proof of Claim     page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | Amount entitled to priority |
|---|---|---|
| | ☐ No | |
| | ☑ Yes. Check all that apply: | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies | $ 108734.37 |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    5/26/2016
                    MM / DD / YYYY

/s/ Richard John Simeone

Signature

Print the name of the person who is completing and signing this claim:

Name        Richard John Simeone
            First name    Middle name    Last name

Title       Manager

Company     Evans Plaza Partners, LLC
            Identify the corporate servicer as the company if the authorized agent is a servicer

Address     520 East Cooper Avenue, Ste 206
            Number   Street
            Aspen, CO 81611
            City   State   ZIP Code

Contact phone   970-920-7939        Email   rsimeone@hootersfla.com

Official Form 410            Proof of Claim            page 3

# Evans Plaza Partners
## Account QuickReport
### All Transactions

| Type | Date | Memo | Split | Amount |
|---|---|---|---|---|
| **Rental Income** | | | | |
| **Science Fitness** | | | | |
| Deposit | 08/15/2011 | August | Fifth Third Ba... | 14,500.00 |
| Deposit | 09/12/2011 | September | Fifth Third Ba... | 14,500.00 |
| Deposit | 01/31/2012 | October | Fifth Third Ba... | 14,500.00 |
| Deposit | 02/20/2012 | November 2011 | Fifth Third Ba... | 14,500.00 |
| Deposit | 04/02/2012 | 1/2 December 2011 | Fifth Third Ba... | 7,250.00 |
| Deposit | 04/16/2012 | 1/2 Dec, 1/2 January 2012 | Fifth Third Ba... | 14,500.00 |
| Deposit | 05/07/2012 | 2/2 January - complete | Fifth Third Ba... | 7,250.00 |
| Deposit | 05/15/2012 | February | Fifth Third Ba... | 2,030.00 |
| Deposit | 05/16/2012 | February (3625) | Fifth Third Ba... | 1,595.00 |
| Deposit | 05/16/2012 | February (10,875) | Fifth Third Ba... | 7,250.00 |
| Deposit | 05/17/2012 | Feb-done, March(3625) | Fifth Third Ba... | 7,250.00 |
| Deposit | 05/24/2012 | March (7250) | Fifth Third Ba... | 3,625.00 |
| Deposit | 05/31/2012 | March (10,875) | Fifth Third Ba... | 3,625.00 |
| Deposit | 06/07/2012 | March (done) | Fifth Third Ba... | 3,625.00 |
| Deposit | 06/14/2012 | April | Fifth Third Ba... | 7,250.00 |
| Deposit | 06/14/2012 | April (10,875) | Fifth Third Ba... | 3,625.00 |
| Deposit | 06/21/2012 | April - done | Fifth Third Ba... | 3,625.00 |
| Deposit | 06/28/2012 | May | Fifth Third Ba... | 3,625.00 |
| Deposit | 06/28/2012 | May - 10,875 total | Fifth Third Ba... | 7,250.00 |
| Deposit | 07/06/2012 | May - complete | Fifth Third Ba... | 3,625.00 |
| Deposit | 07/12/2012 | June | Fifth Third Ba... | 3,625.00 |
| Deposit | 07/19/2012 | June - 7250 total | Fifth Third Ba... | 3,625.00 |
| Deposit | 07/19/2012 | June-complete | Fifth Third Ba... | 7,250.00 |
| Deposit | 07/26/2012 | July | Fifth Third Ba... | 3,625.00 |
| Deposit | 07/27/2012 | July-10875 total | Fifth Third Ba... | 7,250.00 |
| Deposit | 08/02/2012 | July-complete | Fifth Third Ba... | 3,625.00 |
| Deposit | 08/16/2012 | August - 1/2 | Fifth Third Ba... | 7,250.00 |
| Deposit | 08/30/2012 | August-complete | Fifth Third Ba... | 7,250.00 |
| Deposit | 09/24/2012 | September - 1/2 | Fifth Third Ba... | 7,250.00 |
| Deposit | 10/04/2012 | September-complete | Fifth Third Ba... | 7,250.00 |
| Deposit | 10/19/2012 | October - 1/2 | Fifth Third Ba... | 7,250.00 |
| Deposit | 11/01/2012 | October-complete | Fifth Third Ba... | 7,250.00 |
| Deposit | 12/04/2012 | November | Fifth Third Ba... | 14,500.00 |
| Deposit | 01/04/2013 | Deposit | Fifth Third Ba... | 14,500.00 |
| Deposit | 02/04/2013 | January | Fifth Third Ba... | 15,150.00 |
| Deposit | 03/05/2013 | February | Fifth Third Ba... | 15,150.00 |
| Deposit | 04/05/2013 | March | Fifth Third Ba... | 15,150.00 |
| Deposit | 05/13/2013 | April - Part | Fifth Third Ba... | 10,000.00 |
| Deposit | 05/17/2013 | April - Done | Fifth Third Ba... | 5,150.00 |
| Deposit | 06/04/2013 | May - part | Fifth Third Ba... | 12,000.00 |
| Deposit | 06/14/2013 | May - done | Fifth Third Ba... | 3,150.00 |
| Deposit | 07/05/2013 | June | Fifth Third Ba... | 15,150.00 |
| Deposit | 08/06/2013 | July | Fifth Third Ba... | 15,150.00 |
| Deposit | 09/04/2013 | August - part | Fifth Third Ba... | 15,100.00 |
| Deposit | 09/27/2013 | August - done | Fifth Third Ba... | 50.00 |
| Deposit | 09/27/2013 | September -part | Fifth Third Ba... | 50.00 |
| Deposit | 10/04/2013 | September - done | Fifth Third Ba... | 15,100.00 |
| Deposit | 11/26/2013 | October | Fifth Third Ba... | 15,150.00 |
| Deposit | 11/26/2013 | 11',12',13 property taxes | Fifth Third Ba... | 94,789.65 |
| Deposit | 12/11/2013 | November | Fifth Third Ba... | 15,100.00 |
| Deposit | 02/04/2014 | January | Fifth Third Ba... | 15,100.00 |
| Deposit | 03/06/2014 | February | Fifth Third Ba... | 15,100.00 |
| Deposit | 04/08/2014 | March | Fifth Third Ba... | 15,100.00 |
| Deposit | 05/07/2014 | April | Fifth Third Ba... | 15,100.00 |
| Deposit | 06/10/2014 | May | Fifth Third Ba... | 15,100.00 |
| Deposit | 07/14/2014 | June | Fifth Third Ba... | 15,100.00 |
| Deposit | 08/14/2014 | July | Fifth Third Ba... | 15,100.00 |
| Deposit | 09/16/2014 | August | Fifth Third Ba... | 15,100.00 |
| Deposit | 10/21/2014 | September | Fifth Third Ba... | 13,100.00 |
| Deposit | 10/22/2014 | September - final | Fifth Third Ba... | 2,000.00 |
| Deposit | 11/21/2014 | October | Fifth Third Ba... | 15,100.00 |
| Deposit | 12/23/2014 | November | Fifth Third Ba... | 15,100.00 JAN |
| Deposit | 01/22/2015 | December (250 past Rent; still o... | Fifth Third Ba... | 15,400.00 FEB |
| Deposit | 03/02/2015 | January 2015 (New Amount) | Fifth Third Ba... | 15,800.00 MAR |
| Deposit | 04/08/2015 | February | Fifth Third Ba... | 15,800.00 APL |
| Deposit | 06/04/2015 | March | Fifth Third Ba... | 15,800.00 MAY |

# Evans Plaza Partners
## Account QuickReport
### All Transactions

| Type | Date | Memo | Split | Amount | |
|---|---|---|---|---|---|
| Deposit | 08/14/2015 | April | Fifth Third Ba... | 15,800.00 | JUNE |
| Deposit | 09/30/2015 | May | Fifth Third Ba... | 15,800.00 | JULY |
| Deposit | 10/07/2015 | June partial | Fifth Third Ba... | 3,750.00 | |
| Deposit | 10/07/2015 | June - $7500 pd | Fifth Third Ba... | 3,750.00 | AUG |
| Deposit | 10/07/2015 | June Done | Fifth Third Ba... | 8,300.00 | |
| Deposit | 11/10/2015 | July partial | Fifth Third Ba... | 12,000.00 | Sept. |
| Deposit | 12/08/2015 | July Done | Fifth Third Ba... | 3,800.00 | |
| Deposit | 12/28/2015 | August | Fifth Third Ba... | 15,800.00 | Oct |
| Deposit | 12/28/2015 | September partial | Fifth Third Ba... | 4,200.00 | |
| Deposit | 01/04/2016 | September - $9200 pd | Fifth Third Ba... | 5,000.00 | Nov. |
| Deposit | 01/12/2016 | September - $15,300 pd | Fifth Third Ba... | 6,100.00 | |
| Deposit | 01/29/2016 | Sept Done/October - $15,300 pd | Fifth Third Ba... | 15,800.00 | Dec. |
| Deposit | 03/01/2016 | Oct Done/Nov - $15,300 pd | Fifth Third Ba... | 15,800.00 | JAN |
| Deposit | 03/10/2016 | Nov Done/Dec - $1500 pd | Fifth Third Ba... | 2,000.00 | Feb |
| Deposit | 03/31/2016 | December - $15,300 pd | Fifth Third Ba... | 13,800.00 | |
| Deposit | 04/29/2016 | Dec Done/Jan-$15,300 pd | Fifth Third Ba... | 15,800.00 | MAR |

**Total Science Fitness**  894,289.65

**Total Rental Income**  894,289.65

**TOTAL**  894,289.65

APR - May - JUNE

# 2015 COLUMBIA COUNTY TAX STATEMENT

BILL NO. 0795151

KEEP THIS COPY FOR YOUR RECORDS, NO RECEIPT WILL BE SENT

TAXPAYER'S NAME, MAILING ADDRESS AND ZIP CODE:

0031756
EVANS PLAZA PARTNERS LLC
C/O RICH SIMONE
1411 CLEVELAND AVE
FT MYERS, FL 33901

SOCIAL SECURITY NUMBER
OR FEDERAL TAX ID NUMBER

RECEIPT NUMBER: 51224 077A011G

| PROPERTY ID | PROPERTY DESCRIPTION | TAX DIST | EXMP | MARKET VALUE | ASSESSED VALUE | STREET LIGHT | FIRE TAX | AMOUNT DUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| | 4408 EVANS TO LOCKS RD, STE 1 PARCEL A 6.65 ACS | 21 | | 3501399 | 1400559 | | 2914.56 | 37796.89 | |

The gradual reduction and elimination of the state property tax and the reduction in the state portion of your tax bill this year is the result of property tax relief passed by the Governor, the House of Representatives, and the Georgia State Senate.

PAY BY: 11/15/2015

AFTER THIS DATE, CALL (706) 261-8299 FOR NEW AMOUNT.
PLEASE WRITE PROPERTY I.D. ON YOUR CHECK.

MAKE CHECKS PAYABLE TO:
COLUMBIA CO. TAX COMMISSIONER
P.O. BOX 3030
EVANS, GA 30809

IF OWNERSHIP OF REAL ESTATE HAS CHANGED, PLEASE NOTIFY TAX COMMISSIONER'S OFFICE.
IF MORTGAGE COMPANY PAYS TAXES AND HAS NOTIFIED THIS OFFICE, THEN "ASSIGNED TO MORTGAGE CO." APPEARS UNDER PROPERTY ID.

## TOTAL OF BILLS BY TAX TYPE

| STATE TAX | COUNTY TAX | COUNTY BOND | SCHOOL TAX | SCHOOL BOND | CITY TAX | STREET LIGHTS | FIRE TAX |
|---|---|---|---|---|---|---|---|
| 1400559 | 1400559 | 1400559 | 1400559 | | | | 1400559 |
| .000050 | .010028 | .000154 | .018300 | | | | .002081 |
| 70.03 | 14044.81 | 215.69 | 25630.23 | | | | 2914.56 |
| -5078.43 | | | | | | | |
| 70.03 | 8966.38 | 215.69 | 25630.23 | | | | 2914.56 |

TOTAL DUE
**37,796.89**

ADDITIONAL INFORMATION ON REVERSE SIDE

**TO AVOID INTEREST AND PENALTIES, TAXES SHOULD BE PAID ON OR BEFORE NOVEMBER 15TH.**

# 2014 COLUMBIA COUNTY TAX STATEMENT

KEEP THIS COPY FOR YOUR RECORDS. NO RECEIPT WILL BE SENT

| BILL NO. | 0736999 | | | | | | | | | SOCIAL SECURITY NUMBER OR FEDERAL TAX ID NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|

TAXPAYER'S NAME, MAILING ADDRESS AND ZIP CODE

0031756
EVANS PLAZA PARTNERS LLC
C/O; RICH SIMONE
4411 CLEVELAND AVE
FT MYERS, FL 33901

| RECEIPT NUMBER | PROPERTY ID | PROPERTY DESCRIPTION | TAX DIST | EXMP | MARKET VALUE | ASSESSED VALUE | STREET LIGHT | FIRE TAX | AMOUNT DUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| 141242 077A0116 | | 4408 EVANS TO LOCKS RD, STE 1 PARCEL A 6.65 ACS | 21 | | 3598775 | 1439510 | | 2995.62 | 39337.48 | |

The gradual reduction and elimination of the state property tax and the reduction in the state portion of your tax bill this year is the result of property tax relief passed by the Governor, the House of Representatives, and the Georgia State Senate.

IF OWNERSHIP OF REAL ESTATE HAS CHANGED PLEASE NOTIFY TAX COMMISSIONER'S OFFICE. IF MORTGAGE COMPANY PAYS TAXES AND HAS NOTIFIED THIS OFFICE, THEN, PASSIGNED TO MORTGAGE CO. APPEARS UNDER PROPERTY ID.

## TOTAL OF BILLS BY TAX TYPE

| STATE TAX | COUNTY TAX | COUNTY BOND | SCHOOL TAX | SCHOOL BOND | CITY TAX | STREET LIGHTS | FIRE TAX | PAY BY 11/15/2014 |
|---|---|---|---|---|---|---|---|---|
| 1439510 | 1439510 | 1439510 | 1439510 | | | | 1439510 | AFTER THIS DATE, CALL (706) 261-8299 FOR NEW AMOUNT. PLEASE WRITE PROPERTY I.D. ON YOUR CHECK. |
| .000100 | .009975 | .000154 | .018590 | | | | .002081 | |
| 143.95 | 14359.11 | 221.68 | 26760.49 | | | | 2995.62 | MAKE CHECKS PAYABLE TO: COLUMBIA CO. TAX COMMISSIONER P.O. BOX 3030 EVANS, GA 30809 |
| | -5143.37 | | | | | | | |
| 143.95 | 9215.74 | 221.68 | 26760.49 | | | | 2995.62 | TOTAL DUE 39,337.48 |

ADDITIONAL INFORMATION ON REVERSE SIDE

**TO AVOID INTEREST AND PENALTIES, TAXES SHOULD BE PAID ON OR BEFORE NOVEMBER 15TH.**